UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIE KOEHLER, et al.,<br><br>Defendants. | Case No.  16-cv-04427-VC  (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Steven Wayne Bonilla is a state prisoner who has filed a *pro se* complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against Francie Koehler, Randy Ontiveros and Rand Investigation.[1]  Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing.  Therefore, he may not proceed *in forma pauperis*.  Furthermore, he may not proceed even if he pays the filing fee because FOIA applies only to agencies of the executive branch of the federal government, not to private companies and individuals.  *See St. Michael's Convalescent Hosp. v. California*, 643 F.2d 1369, 1373 (9th Cir. 1981).  Furthermore, the relief Plaintiff seeks pertains to his ongoing attempts to invalidate his conviction.  Therefore, such claims, if raised, must be brought by Bonilla's counsel in his pending federal habeas corpus

---

[1] This civil case was incorrectly labelled on the Court docket as a petition for a writ of mandamus.  The Clerk is directed to correct this error.

action, *Bonilla v. Ayers*, No. C 08-0471 YGR (PR).

Accordingly, this complaint is dismissed with prejudice.  The Clerk of the Court shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated:  August 18, 2016

_____
VINCE CHHABRIA
United States District Judge